Tristan G. Pelayes, Esq., CA Bar No. 206696
WAGNER & PELAYES, LLP
1325 Spruce Street, Suite 200
Riverside, CA 92507
Telephone: (951) 686-4800
Fax: (951) 686-4801
tgp@wagner-pelayes.com
Attorneys for Defendants

E-FILED 12-18-08
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALFRED FIDO ALEMAZKOUR,

Plaintiffs,

vs.

COUNTY OF SAN BERNARDINO, a municipality, COUNTY OF SAN BERNARDINO SHERIFF'S DEPARTMENT, JARROD BURNS, an individual, SCOTT CHAPDELAINE, an individual, and SAM LUCIA, an individual, and DOES 1 through 10

Defendants.

CASE NO.: CV07-8368PSG(FFMx)

**(~~PROPOSED~~) JUDGMENT AND ORDER ON JURY VERDICT**

This action came on regularly for trial on November 18, 2008, in Department 790 of the above-entitled Court, the Honorable Philip S. Gutierrez, United States District Judge presiding. Plaintiff, Alfred Fido Alemazkour, was represented by John D. Mallah, attorney at law and Jon

R. Schlueter, attorney at law. Defendants County of San Bernardino, County of San Bernardino Sheriff's Department, Jarrod Burns and Scott Chapdelaine appeared by and through attorney Tristan G. Pelayes.

A jury of eight persons was regularly empanelled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury with directions to return a special verdict. The jury deliberated and thereafter returned to the Court with its special verdict in favor of Defendants County of San Bernardino, County of San Bernardino Sheriff's Department, Jarrod Burns and Scott Chapdelaine and against Alfred F. Alemazkour.

ORDER

It appearing by said special verdict, Defendants, County of San Bernardino, County of San Bernardino Sheriff's Department, Jarrod Burns and Scott Chapdelaine, are entitled to judgment against Plaintiff, Alfred F. Alemazkour, and that said Defendants are entitled to costs as allowable by law.

DATED: 12/17/08

PHILIP S. GUTIERREZ
United States District Judge